NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
101 S. Western Avenue, Second Floor
Los Angeles, CA  90004
Phone:  (213) 252-8008
Fax:  (213) 252-8009

ATTORNEY(S) FOR:  MIGUEL HERNANDEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERNANDEZ<br><br>Plaintiff(s),<br><br>v.<br><br>PARTY CORNER; TRUMAN INDUSTRIAL, LLC; and DOES 1 to 10<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  MIGUEL HERNANDEZ  or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| MIGUEL HERNANDEZ | Plaintiff |
| PARTY CORNER | Defendant/Business Owner |
| TRUMAN INDUSTRIAL, LLC | Defendant/Property Owner |

| | |
|---|---|
| 1/11/2024 | /s/  Jason J. Kim |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

MIGUEL HERNANDEZ